IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael Klems | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Octorara Area School District, et al. | : | NO. 02-CV-2854 |

CONFERENCE NOTICE

      Please be advised that a Settlement Conference in the above-captioned case will be held on Tuesday, May 21, 2002 at 10:30 a.m. before the Honorable James R. Melinson, Chief United States Magistrate Judge, in Room 3000, U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106.

      The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

      **Counsel are directed to arrange to have clients with ultimate authority to settle physically PRESENT in the courtroom for the duration of this conference.**[1] Parties are to remain present until expressly released by the court.

      Counsel are further directed to complete the enclosed Settlement Conference Summary to be delivered to Chambers on or before Monday, May 20, 2002.

                                                     Nancy DeLisle
                                                     Deputy Clerk,
                                                     Hon. James R. Melinson
                                                     215-597-5316

Date: May 21, 2002

cc: David M. Doto, Esquire        Alan J. Jarvis, Esquire

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.



**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street
Philadelphia, Pennsylvania  19106-1743**

**F A C S I M I L E   T R A N S M I S S I O N**

---

*FROM:*     *Nancy E. DeLisle*
            *Deputy Clerk*
            *Chambers of the Honorable James R. Melinson*
            *Room 3000 - United States Courthouse*
            *(215) 597-5316   Fax # (215) 580-2159*


*TO:*       *David M. Doto, Esquire - 215-546-9444*

            *Alan J. Jarvis, Esquire - 610-380-1392*


*The Total Number of pages including this cover sheet is:*  *3*